John R. Waddell
Name and Prisoner/Booking Number

Treasure Coast Forensic Treatment Center
Place of Confinement

96 SW ALLAPATTAH RD
Mailing Address

Indiantown, FLA 34956
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ~~[redacted]~~

John Richard C. Waddell,
(Full Name of Plaintiff)          Plaintiff,

vs.

(1) First Judicial Circuit Court,
(Full Name of Defendant)
(2) Sixth Judicial Circuit Court,
(3) _____,
(4) _____,
                    Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

3:22CV4702-MCR-HTC

CASE NO. 2021-CF-000744 F
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☑ Other: Northwestern District Court Pensacola, Florida

2. Institution/city where violation occurred: OCDOC Crestview County Jail

Revised 5/1/2013                    1                                **550/555**

FILED USDC FLND PN
MAR 28 '22 PM 2:21 GM

## B. DEFENDANTS

1. Name of first Defendant: __Mr. Remmington__. The first Defendant is employed as: __Judge__ at __Okaloosa County Courthouse__.
   (Position and Title)                                  (Institution)

2. Name of second Defendant: __Bruce Miller__. The second Defendant is employed as: __Head of the Public Defender Office__ at __Shalimar, Florida 32579__.
   (Position and Title)                                  (Institution)

3. Name of third Defendant: __William Stone__. The third Defendant is employed as: __Judge__ at __Okaloosa Courthouse__.
   (Position and Title)                                  (Institution)

4. Name of fourth Defendant: __Jason McKinney__. The fourth Defendant is employed as: __Public Defender__ at __Shalimar, Fla 32579__.
   (Position and Title)                                  (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: "Wrongful Due Process" "Wrongful Efficient of Counsel", "Wrongful Assistance Counsel" "Cruel And Harsh punishment was placed on me"

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Civil Injury Lawsuite

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Documentation does clearly show the Courts vindictive misconduct behavior that targeted in the Court of Law False Imprisonment Lawsuite And demand Criminal ~~Prosecution~~ Prosecution Against Judges, Prosecutor, Also Public Defenders
   Illegal Coached Allegation illegal Allegation Law does Apply Clearly does show the Courts vindictive misconduct behavior that truly targeted me in the Court of Law. First and Sixth Judicial Circuit Court of Law Okaloosa County Also Pinellas County.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   [crossed out]

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Denied Full Appeal Process

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: First AND Sixth Judicial Circuit Court of Law Okaloosa County AND Pinellas

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Civil Injury Psychological

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Documented Psychological damages on top with Military Army P.T.S.D., Right Knee, And Military Left-Lung. My Army Gas Mask was not clear. 10 years in Prison And close to 10 years at Florida State Hospital.
   Truly documentation of a ongoing Courts vindictive misconduct behavior ongoing targeting me in the Court of Law written Reports been done on me.
   Denied the full Appeal Process
   Now I am requesting Civil Injury Also the full entitlement I deserve a Appeal Process in all Area State, Legal, AND VA so will be Known.
   On 3/16/2022 Arrived At Treasure Coast Forensic Treatment Center 96 SW Allapattah RD, Indiantown, Florida 34956.
   My Civil Rights been damaged beyon words.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). On a ongoing Courts misconduct behavior targeted me history shows in Pinellas County 3 dismiss Psychological trespassing truly is bizarre!

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Homeless, Hospital, And Prison

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: Rightful Full Due Process, Rightful Full Assistance of Counsel, No Cruel No Harsh.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Civil Injury lawsuite

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Criminal into Civil Injury False Imprisonment Civil into Criminal Prosecution against Judges, Prosecutors Also Public Defenders too.
   Not Guilty by Reason of Insanity lead to 8 years or more Resident at Florida State Hospital and this New charges Same as the 2010 Court Ruling Not Guilty by Reason of Insanity this behavior show I cannot make decision on my own were I can make decision on my own. Currently Now I am at Treasure Coast Forensic Treatment Center, Indian Town, Florida Being Treated as a Psychological handicap permit handicap.
   In the First Judicial Circuit Court of Law Okaloosa Authority direct target on me due in Not Guilty by Reason of Insanity

   (Attached: Grievances)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   False Imprisonment / Psychological on top P.T.S.D. too damages been Recorded and documented

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Denied / Institutionalized / Homeless

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: Civil Injury lawsuite AND Criminal Prosecution toward formal Judges, Prosecutors AND Public Defender due in the damaged it cause on Me Relief cannot be provided.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/23/2022
DATE

John R Waddell
SIGNATURE OF PLAINTIFF

JASON Doulgas Thackston McKinney
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# TREASURE COAST FORENSIC TREATMENT CENTER
## RESIDENT GRIEVANCE

Attached Civil Complaint

Resident Name __John R Waddell__   Resident ID# __639004 6#__

Housing Location __E (E-6)__   Date and Time of Grievance (mm/dd/yy) __3/23/22 @ 11:10 AM__

**Grievance Department (Check One)**
___SECURITY   ___MEDICAL   ___NURSING   ✓PSYCHOLOGY   ___PSYCHIATRY
___TREATMENT TEAM   ___PROGRAMS   ___PROPERTY   ___FOOD SERVICE
___HOUSEKEEPING   ___MAINTENANCE   ___MHT   ___SOCIAL WORK
___RESIDENT ACCOUNT\COMISSARY

*Please provide a brief description of your grievance providing details of who, when, when and where. Please be sure to complete all the above fields to ensure that your response is directed to the appropriate areas.

The Courts vindictive misconduct behavior AND NOW this during Class my Cell 2021 Treasure Coast Forensic Treatment Center without me in their routine search tore up cell room like a Hurricane has hit cruel control misconduct during Class AND Personnel knows I AM filing Civil (copied) This Action is caught on Computer Camera No Camera In the Room — END

When completed, place form in the box marked "GRIEVANCES" on the unit.
********************THIS SECTION TO BE COMPLETED BY STAFF ONLY********************
Date and Time grievance received (mm/dd/yy)___/___/___@___:___

Date and Time grievance response returned to the resident (mm/dd/yy)___/___/___@___:___

Resident Acknowledgement of receipt _____

Tracking number _____

TCFTC RI200-04 Rev 12/31/08; 7/25/19

# RESIDENT REQUEST FORM


**wellpath**
RECOVERY SOLUTIONS

Attached Civil

Resident Name: John R. Waddell     Resident ID #: 6390046

Housing Location: E (E-6)     Date of Request: 3/23/2022

**I AM REQUESTING SERVICES/TO BE SEEN BY THE FOLLOWING DEPARTMENT (Circle One)**

MEDICAL     PSYCHIATRY     PSYCHOLOGY     SOCIAL WORK     PEER SUPPORT

PROGRAMS    DIETARY        HOUSEKEEPING   (ADMINISTRATION)

Please provide a brief description of services you are requesting:

Allow to bring my Treatment from Florida State Hospital history Records to the Courts, myself, AND also a copy here as well ~~~~ make known I am doing a Poor man filing Civil Action I shall contact a Civil Office I have a copy of my own to always too provide my pasted away sister was a Legal Law Clerk I am filing correctly Civil.

**Response from Department:**

_____
_____
_____
_____
_____

RJ 200-04D, Rev. 07/22/2016 (Rev. 6/2/2019)

## * Introduction *

God created Justice in Deuteronomy Ch. 16 18-20 / verse: 20 -- Justice, justice alone shall you pursue, so that you may live and possess the land the Lord, your God, is giving you.

I am Father of two Daughters I am a Catholic by birth We are a Catholic Family. I am a TR 101 Attached / 75 Fifth Delta Devil Dog Unit Headquarter Administration Division Fort Knox, KY last Duty Station.

LICH Chef last Job Holiday Inn and Lost Dog Cafe during 911 Binghamton, NY.

Completed two Drug Program been sober over 20 years VA disability of 50% percent $905.00 per month SSD After Child Support $458.00 per month both subject to increase my Stimulas goes into my Wells Fargo Account Seeking a Representation Payment Agreement to begin a documented Civil lawsuite.

"In God We Trust"
John R Waddell 11/30/61
John R. Waddell - Texas
Disabled American Veteran

RCVD USDC FLND PN
MAR 28 PM 2:21 GM

Treasure Coast Forensic
Treatment Center
Disabled American Veteran
United State Army
John Richard Charles Waddell
96 SW ALLAPATTAH ROAD
Indiantown, Florida 34956

LEGAL Mail
* Poor May Filing *
NOTED

RECEIVED MAR 28 2022

U.S. Clerk District Court
Florida
Street: In. Palofox St., # 226
Pensacola, Florida zip: