UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN RICHARD WADDELL,

    Plaintiff,

v.                                                  Case No. 3:22cv4702-MCR-HTC

FIRST JUDICIAL CIRCUIT COURT,
SIXTH JUDICIAL CIRCUIT COURT,

    Defendants.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on June 2, 2022. ECF No. 8. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to comply with Court orders and failure to state a claim upon which relief can be granted.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 27th day of September 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv4702-MCR-HTC